## FRED MILLER BREWING COMPANY v. KELLY.

No. 1199.   Opinion Filed November 16, 1910.

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Syllabus same as that in **Leavitt v. Commercial National Bank,** 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

*Error from District Court, Grant County; W. M. Bowles, Judge.*

Action between C. P. Kelly and the Fred Miller Brewing Company.   Appeal by the brewing company dismissed.

*A. M. Mackey,* for plaintiff in error.

*Sam P. Ridings,* for defendant in error.

WILLIAMS, J.   The petition in error with case-made attached was filed in this court on the 8th day of November, 1909. No brief having been served or filed, the defendant in error on July 29, 1910, moved to dismiss this appeal.   Over forty days have expired and no response has been made to said motion.   The appeal is therefore dismissed.   *Leavitt v. Commercial National Bank,* 26 Okla. 164, 109 Pac. 71.

All the Justices concur.